concur, except Hubbs and Clark, JJ., who dissent and vote for affirmance without modification of findings.

MILDRED W. CONKLING, Respondent, v. WARREN B. CONKLING, Appellant.— Judgment affirmed, with costs. All concur.

THE BAPTIST HOME OF MONROE COUNTY, Respondent, v. CHAUNCEY SMEAD, Appellant.— Judgment affirmed, with costs. All concur.

In the Matter of the Final Judicial Settlement of the Accounts of ANNA M. ZWILLING and Another, as Administrators, etc., of MARGARET K. ROOKER, Deceased.— Decree affirmed, with costs. All concur.

In the Matter of the Application of MAURICE SEGAL, Respondent, for a Peremptory Mandamus Order Directing the Issuance and Delivery to Him of a Written Permit for the Erection by Him of a Certain Building in the City of Buffalo. CITY OF BUFFALO and Others, Appellants.— Order affirmed, with costs. All concur.

A. WENTWORTH ERICKSON, Respondent, v. SYLVANUS J. MACY, Appellant.— Motion for leave to appeal to Court of Appeals granted.

C. MILTON COYKENDALL and Another, Appellants, v. THE CITY OF SYRACUSE and Others, Respondents.— Application for stay pending appeal denied, with ten dollars costs.

FRANK B. SHAMROCK, as Administrator, etc., of EDWARD A. SHAMROCK, Deceased, Respondent, v. GENERAL ELECTRIC COMPANY and Another, Appellants.— Judgment and orders affirmed, with costs. All concur.

MELISSA DOEL, as Administratrix, etc., of SAMUEL DOEL, Deceased, Respondent, v. GENERAL ELECTRIC COMPANY, Appellant, Impleaded with TONAWANDA POWER COMPANY, Defendant.— Judgment and order affirmed, with costs. All concur.

MELISSA DOEL, as Administratrix, etc., of SAMUEL DOEL, Deceased, Appellant, v. GENERAL ELECTRIC COMPANY, Appellant, Impleaded with TONAWANDA POWER COMPANY, Respondent.— Appeal taken by General Electric Company from judgment of nonsuit as to defendant Tonawanda Power Company dismissed, with costs. Judgment affirmed, with costs, upon the appeal taken by plaintiff from said judgment of nonsuit. All concur.

THE CITY OF SYRACUSE, Respondent, v. HARRY P. PHILIBOSIAN and Others, Appellants.— Judgment affirmed, with costs. All concur.

THE CITY OF SYRACUSE, Respondent, v. ASHOD H. TIRYAKIAN and Others, Appellants.— Judgment affirmed, with costs. All concur.

THE CITY OF SYRACUSE, Respondent, v. THOMAS HOGAN, Appellant, Impleaded with Others. (Action No. 1.) — Judgment affirmed, with costs. All concur.

THE CITY OF SYRACUSE, Respondent, v. THOMAS HOGAN, Appellant, Impleaded with Others. (Action No. 2.) — Judgment affirmed, with costs. All concur.

THE CITY OF SYRACUSE, Respondent, v. HARRY P. PHILIBOSIAN and Others, Appellants.— Order affirmed, with costs. All concur.

THE CITY OF SYRACUSE, Respondent, v. ASHOD H. TIRYAKIAN and Others, Appellants.— Order affirmed, with costs. All concur.

THE CITY OF SYRACUSE, Respondent, v. THOMAS HOGAN, Appellant, Impleaded with Others. (Action No. 1.) — Order affirmed, with costs. All concur.

THE CITY OF SYRACUSE, Respondent, v. THOMAS HOGAN, Appellant, Impleaded with Others. (Action No. 2.) — Order affirmed, with costs. All concur.